IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br>individually and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>        Defendant. | Case No. 14-cv-1278<br><br>Filed Electronically |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that the parties in this action have reached a settlement in principle. The parties are finalizing settlement and dismissal documents, and expect to file the same within forty-five (45) days of the date of this Notice.

Dated: April 20, 2015

Respectfully Submitted,

*/s/ Benjamin J. Sweet*
R. Bruce Carlson (PA56657)
bcarlson@carlsonlynch.com
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET &
   KILPELA LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
www.carlsonlynch.com
(p) 412 322-9243
(f) 412 231-0246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 20th day of April, 2015.

*/s/ Benjamin J. Sweet*