# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, on behalf of himself and all other similarly situated; and, APRIL NGUYEN, on behalf of herself and all others similarly situated; and NATIONAL FEDERATION OF THE BLIND,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>Defendant. | Case No. 2:14-cv-01278-LPL<br><br>Filed Electronically |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court, and having conducted an inquiry, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, is fair, reasonable and adequate, and accordingly the Settlement Agreement is approved. The Court will, or the Clerk of the Court shall simultaneously, enter the Judgment provided by the parties.

DATED: 10/30/17

The Honorable Lisa Pupo Lenihan